JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SANDOVAL and THE FAIR HOUSING FOUNDATION INC., a California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENTOURAGE PROPERTY MANAGEMENT, INC.<br><br>Defendant. | Case No. 2:19-CV-07470-DSF-RAO<br><br>DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO CONSENT DECREE |

Based on the application and stipulation of the parties, and good cause appearing therefor, this action is hereby dismissed with prejudice, subject to the terms of the consent decree issued by the Court. The Court shall retain jurisdiction for a period of three years, for purposes of enforcement of the consent decree only.

IT IS SO ORDERED.

Dated: January 7, 2020

*Dale S. Fischer*

Honorable Dale S. Fischer
United States District Judge